UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  **CR 07-1049-VBF-2**                    Dated: **August 8, 2011**

========================================================================
PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

|  Joseph Remigio   |   Not Reported    |   John Lulejian   |
|-------------------|-------------------|-------------------|
| Courtroom Deputy  |  Court Reporter   | Asst. U.S. Attorney |
|                   |                   |      Present      |


========================================================================
U.S.A. vs (Dfts listed below)        Attorneys for Defendants

Kenneth Bernard Riley               Brian Newman, appointed
Not Present - In Custody            Not Present

**PROCEEDINGS (IN CHAMBERS):    ORDER SETTING CHANGE OF PLEA HEARING**


     At the request of counsel, the Court hereby sets a Change of Plea
Hearing for August 12, 2011, at 9:30 a.m., before Honorable Valerie Baker
Fairbank, Courtroom 9, Spring Street Courthouse, 312 N. Spring Street,
Los Angeles, CA  90012.  Defendant and counsel are ordered to appear at
this date and time.

     **IT IS SO ORDERED.**


cc:  USPO - Lozano
     PSALA


MINUTES FORM 6                                    Initials of Deputy Clerk:__jre__
CRIM -- GEN