1 | Brian A. Newman CSBN 89975
Law Offices of Brian A. Newman
2 | Attorneys & Counselors at Law
225 Avenue I, Suite 201
3 | Redondo Beach, California  90277
(310) 316-6622; Fax: (310) 316-5511
4 | Email: jjnewbee@sbcglobal.net
Attorney for Defendant Kenneth Bernard Riley
5

6

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | WESTERN DIVISION

11 | UNITED STATES OF AMERICA,      ) CASE NO.: CR-07-1049-VBF
                                   )
12 |            Plaintiff,         ) EXHIBITS IN SUPPORT OF
                                   ) SENTENCING POSITION OF
13 |         vs.                   ) DEFENDANT RILEY
                                   )
14 | KENNETH BERNARD RILEY,        )
                                   )
15 |            Defendant.         )
                                   )
16 | _____)

17

18 |      Defendant Kenneth Bernard Riley, through his attorney Brian

19 | A. Newman, submits the attached exhibits in support of his

20 | sentencing position:

21 |      **EXHIBIT B:** Letter from Devin Riley, Mr. Riley's brother,

22 | writes that, on one occasion, he and Mr. Riley were visiting

23 | friends when they noticed smoke from a fire down the street.  Mr.

24 | Riley "immediately went to the source of the fire", saw it was a

25 | car fire, and then "ran back to his car where he had a fire

26 | extinguisher, went back to the car (that was on fire) and began

27 | putting out the fire. " Devin continues that Mr. Riley is "truly

28 | a good hearted person."

1

**EXHIBIT C:** Letter from Betty Walker, Mr. Riley's mother, writes that "ken has done unjust and wrongful things, but has ask the Lord to forgive him and so have I.", She further writes that "He was working three and ½ years before his confinement and made a new turn on his life." Mrs. Walker further writes that "Ken was not ill before his incarceration. Wile being there he almost dies twice because of lack of medical treatment and attention."

**EXHIBIT D:** Letter from Sharon Harris-Riley, Mr. Riley's stepmother, writes that she has known Mr. Riley for over thirty years. While their stepmother-stepson relationship was sometimes "combative" "today we are friends." Mrs. Harris-Riley recalls when her mother passed away. Mr. Riley "appeared at my door and the first words out of his mouth were, 'I'm so sorry, what do you need? What can I do to help? Please let me help." Mrs. Harris-Riley also states that prior to his arrest "After much effort he had become gainfully employed and was forging solid relationships with his children." It should be noted that during Mr. Riley's incarceration and severe illness Mrs. Harris-Riley, his stepmother, was actively involved in doing everything she could to help Mr. Riley. She called the undersigned's office on a regular basis to ensure Mr. Riley was receiving medical care.

**EXHIBIT E:** Letter from Edward P. Riley, Jr., Mr. Riley's father, who writes that he has "watched as he turned his life around." And, "His determination to turn his life around led to him getting a job with medical benefits enabling him to support his family. A job that he was very proud of . . ." He goes on to say that three sisters and a brother have passed away in the past ten years and Mr. Riley credits his son with having helped

him endure so many family losses.  Mr. Riley says of his son that "He has been my rock."  And, "He has a good heart and is very intelligent.  He is a loyal person and a man of his word."

**EXHIBIT F:** Letter from Rosa Lurlean Stroman, Mr. Riley's fraternal aunt, writes that when Mr. Riley is released "I can assure you that I personally and many other malefactors belonging to our family and church will invest necessary time and provision to help Kenneth Riley, my nephew, become an active, productive, and responsible member of society."

**EXHIBIT G:** Letter from Kejune Riley, Mr. Riley's daughter, writes that, growing up, even after her parents divorced, her father was ". . . still around.  We seen him everyday."  Kejune also states that her relationship with her father while he has been in custody has "gotten better we talk everyday and he's like my best friend I know I can tell him anything . . ."

**EXHIBIT H:** Letter from Kendell Riley, Mr. Riley's son, states that his father tells him "all the time he don't want me to end up where he is now he want me to further my future by going to the Navy."  Kendell also says that he "cant' wait to spend time with him and talk to him about things that I've been going through as a young man..."

**EXHIBIT I:** Letter from Denise Riley, Mr. Riley's sister, says of Mr. Riley that he is "a caring man, a good provider, takes care of his kids & family."

**EXHIBIT J:** Letter from Myrtis G. Breda, Mr. Riley's aunt, has found Mr. Riley to be "a very loving and kindhearted person." Mr. Breda goes on to state that she believes Mr. Riley "has learned from his mistakes."

1    **EXHIBIT K:** Letter from Samuel L. Jones, Mr. Riley's uncle,

2    states that "I feel that he is very remorseful.  He had begun a

3    new life by working as a stock clerk . . . He has often said, and

4    is looking forward to going back to work and return to a normal

5    life upon his release."

6    **EXHIBIT L:** Letter from Re'shon Mason, who is Mr. Riley's

7    niece, states that Mr. Riley is a ". . . kindhearted person", he

8    is "always around when you need him", and he "NEVER turns his

9    back on anyone".  She reports also that growing up Mr. Riley "was

10   always laughing and making jokes and playing with his kids,

11   nieces and nephews".

12   **EXHIBIT M:** Letter from Jo'Nee Collins, another of Mr.

13   Riley's nieces, says of Mr. Riley that "He has always been there

14   whenever I needed him no matter what my or his situation was.

15   Hardworking, loyal, dependable, devoted and supportive, through

16   these past years he has helped my [me] through some tough

17   decisions that I have been facing in school and in my

18   relationships."  Ms. Collins goes on to state that he is "Always

19   being my light in a dark place . . . "

20   **EXHIBIT N:** Letter from Ivy Washington, Mr. Riley's first

21   cousin, writes that Mr. Riley,"Growing up he always looked out

22   and took care of me" and, "Ken is very loving and family

23   oriented. He comes from a strong spiritual background."

24   **EXHIBIT O:** Letter from Sharon Williams, another first

25   cousin, writes that "Ken is a sweet, loving and kind person

26   always putting others first."

27   **EXHIBIT P:** Letter from Debroah Jones Jefferson, another cousin,

28   writes that "He is ready to make sure his children don't fall

4

like he did. He loves his family."

**EXHIBIT Q:** Letter from Reverend, Dr. Horace Bowles, Pastor at the church Mr. Riley attended, says that "Just before Kenneth was incarcerated, he had already changed his life as well as his lifestyle. . . Kenneth has a job working every day, to provide for his family.  He was trying to live an honest respectable life."

**EXHIBIT R:** Letter from Su Yong Pak, M.D. has been Mr. Riley's physician for over fifteen years as well as Sharon Riley's (Mr. Riley's stepmother) physician.  Dr. Pak writes that Mr. Riley "was always very respectful, considerate of others and cooperative whenever he presented to this office."

**EXHIBIT S:** Letter from Esther Stallworth, a friend of forty-five years, writes that Mr. Riley is "respectful, loving and a caring young man.  He is loved by his family and friends."

**EXHIBIT T:** Letter from Phelnon and Marcus Ferrette, longtime friends, write that "we love and support him.  Ken has always been in our family and supported us.  He has always given sound advice to our children, encouraging them to go to school, look forward to college and be all they can be."  They also state that "He could have told them anything about the street life but he chose to give my children words directing them in paths of higher education and being prosperous by working and having their own possessions. Being upstanding persons in their community and being able to give back."

**EXHIBIT U:** Letter from Deedra Minnix, another longtime friend, writes that Mr. Riley "is a good man who has a lot of love in his heart. I always looked at him as my big brother who I

1   can go to and get advice from."

2   **EXHIBIT V:** Letter from Stephanie Bell, another longtime
3   friend, states that when Mr. Riley saw the ice cream truck come
4   around the neighborhood and children who could not afford to buy
5   ice cream were so disappointed, he would "buy the children things
6   and look for nothing in return.  Ms. Bell also writes that
7   "Kenneth has a large and committed support system with myself and
8   hi entire family."

9   **EXHIBIT W:** Letter from Chiqueta Washington, the mother of
10  two of Mr. Riley's children, writes of Mr. Riley that "Ken enjoys
11  helping others in any way he can, if its financially, mentally,
12  physically he would give money to help people with housing,
13  school, food, clothing, he would talk to the children about
14  making bad choices, give good advice to peers and listen to
15  others, Ken would help people move things . . .".  She goes on to
16  say that " . . . decided to make a difference in his life by
17  making a move out of the neighborhood and gaining employment. .
18  ."

19  **EXHIBIT X:** Letter from Danielle Koger, a longtime friend,
20  writes that Mr. Riley has "taken a step back and has reevaluated
21  himself and has realized that being home with his mother, kids,
22  and loved ones is more valuable than anything else in the world."

23  **EXHIBIT Y:** Letter from Rebecca (Becky) Delaney, another
24  longtime friend, states that Mr. Riley has "always been a
25  gentleman", "A person that kind hearted and respectful", and "he
26  is clearly concern about the welfare of his children.  He
27  prepares healthy meals to assure that his kids is well fed and
28  properly nourished..  I also admire the way he supported his kids

in school activities.  He was always there for them and encourage
them to do their best in all of their endeavors."

**EXHIBIT Z:** Letter from Jacquelynn Reddick, another longtime
friend, says of Mr. Riley that "he has been a gentle and
understanding friend. He is compassionate and helps people
without hesitation whenever he can."  Ms. Reddick also says that
"Kenneth is smart, has a lot to offer and has given back to the
community many times over."  She also says of Mr. Riley that "I
have found him over the years to be highly respected among his
peers and well known throughout the years."

**EXHIBIT AA:** Letter from Shea Washington writes that Mr.
Riley is ". . . a very kind and gentle man he's the kind of man
that would give you the shirt of his back just because you might
have thought it was nice." She further says that "Ken is a loving
and caring father, brother, uncle, and son. Ken is big on
spending time with family and friends. Ken has grown to become a
hard working man and a man that will tell you the truth when
seeking out advice from him", and ". . . I'm reminded of a time
Ken had the young men in his family along with their friends and
some of his and he talked to these young men about the dangers of
gangs and drugs."

**EXHIBIT BB:** Letter from LaVette Norris, another longtime
family friend, writes that she has "observed Kenneth maintaining
excellent habits including doing more than is expected in terms
of his work ethics, taking initiate, and using creativity in
solving problems, and maintaining excellent relationships with
friends and family."  Ms. Norris also has found Mr. Riley to be
". . . honest, serious in terms of goals, considerate of others,

1  and devoted to the best qualities and abilities.

2  **EXHIBIT CC:** Letter from Bishop M.L. Hall, Ph.D, the pastor

3  at Mr. Riley's family's church, says that Mr. Riley has attended

4  his church on occasion and Bishop Hall found him "to be attentive

5  to The Word of God and a man who loves and respect his family."

6  Bishop Hall also states that "I along with the Walker-Riley

7  family will play an active role in the support of assuring Mr.

8  Riley's positive assessments and or goals are made to ensure he

9  is a productive citizen in our society."

10  **EXHIBIT DD:** Letter from Darcel P. Koger-Mason writes that

11  Mr. Riley ". . . has been a good inspiration to my kids" and ". .

12  . he's been around my daughter Dejaney since she was 5 which now

13  she's 21 years of age. Reshon (17) and Euraja (15) since birth

14  and he always tells them to stay positive, continue their

15  education and strive to be the best they can be."  Further, "Mr.

16  Riley is a true and honest, hard working man who beeds to be here

17  to be supportive and continue to care for his kids and his mother

18  . . ."

19  **EXHIBIT EE:** Letter from Rev. Edward Jones, Pastor Emertius

20  of the Galilee Baptist Church in Louisiana, Mr. Riley's

21  grandfather, writes that " I am asking that you please give

22  Kenneth another chance as he has changed and turned his life

23  around and has become a hard working family man.

24  **EXHIBIT FF:** Letter from Brenda Dixon, a friend of over 17

25  years and two of her grandchildren's father, writes that "Mr.

26  Riley is always willing to lend a helping hand." And, "He and my

27  late husband had always maintained a good relationship/friendship

28  built on trust and respect."

1    **EXHIBIT GG:** Letter from Karina Jefferson, a longtime friend,

2  writes that "During these years I have come to know that Ken is a

3  loving son, a devoted father, and a respectable person."

4    **EXHIBIT HH:** Letter from Kinji Session writes of Mr. Riley

5  that "He is also a good father, who spends a lot of time with his

6  kids.  He is always the person you can go to when you need a good

7  ear and some good advise."

8    **EXHIBIT II:** Letter from Kermett Mason, who is the aunt to

9  Mr. Riley's two children (Kenquese and Kendell) writes that "He

10  took to my kids as if they were his own, he never made a

11  difference when he treated his kids, he treated mine." And  ". .

12  . he always made them aware of how important it is to maintain

13  good grades and stay positive in the communities and he made it a

14  point to always talk to them about staying off the streets."

15    **EXHIBIT JJ:** Work Performance Rating Evaluations from

16  Metropolitan Detention Center.  It should also be noted that,

17  despite Mr. Riley's continuing health problems he worked at the

18  Metropolitan Detention Center and received good evaluations.

19  Dated: January 18, 2012          Respectfully submitted,

20                                   LAW OFFICES OF BRIAN A. NEWMAN
                                     Attorneys and Counselors at Law
21
                                     By: *Brian A. Newman*
22                                       BRIAN A. NEWMAN
                                         Attorney for Defendant
23                                       Kenneth Bernard Riley

24

25

26

27

28

9

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "B"

September 14, 2011

To whom it may concern

My name is Devin Riley and I'm writing this letter on behalf of Kenneth Riley.  I have known Kenneth all my life.  I know him to be caring, out going, responsible and loyal.  Kenneth is a loving father, brother, uncle and friend to all. Kenneth is always willing to lend a helping hand.  I can recall a time when Kenneth and myself were visiting a friend at their home. We all notice smoke from a fire down the street  from our friends home.  Kenneth immediately went to the source of the fire to notice it was a car a blaze. Kenneth ran back to his car where he had a fire extinguisher, went back to the car and began putting out the fire.

Kenneth also loves the outdoors. Whether its fishing or just having a summer cookout. Family and friends from far and near are welcome.  Kenneth is truly a peoples person. Someone you can look up too and get advice from. Kenneth is truly a good hearted person.

Sincerely,

Devin  Riley

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "C"

# BETTY L. WALKER

635 W. 113th Street
Los Angeles, CA 90044
Phone  (323) 777-1688

September 13, 2011

Most Honorable Judge:

I am writing this letter on behalf of my son, Kenneth B. Riley.

There is no stronger love than a Mother's Love, other than the love that Jesus had when He died for us all.  Ken has done unjust and wrongful things , but has ask the Lord to forgive him and  so have I.

I pray that the courts and Judge have leniency on his life and  release him to return home to be with his family.  He loves to cook and fish.  He has great love for his children and family and will give his last to anyone.

He was working three and ½ years before his confinement and made a new turn on his life.

Ken was not ill before his incarceration.  While being there he almost died twice because of lack of medical  treatment and attention.

He now wears a colostomy bag at the age of 49 and will need medical attention for the rest of his life.

I would love for him to be released and come home to be with his family so we can take care of him.


Yours Respectfully,

*Betty L Walker*

Betty L. Walker
Mother

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "D"

Sharon Harris-Riley

11919 Daleside Avenue
Hawthorne, CA 90250

September 17, 2011

RE: Kenneth B. Riley

Dear Judge:

I am stepmother to Kenneth Riley (Ken) and have known him for some thirty plus years. At times our relationship was very combative. However, over the years Ken and I worked and persevered in this "stepmother/stepson" relationship—today we are friends.

I am aware of the charges against him and have no input as to his innocence or guilt. He may have made some regrettable choices (as we all have) however given his current medical situation and diagnosis he has more than compensated for these errors in judgment.

Ken is both thoughtful and giving in words and deeds and has shown his true worth to me on a number of occasions. An example of this is when received word that my mother had died. He appeared at my door and the first words out of his mouth were, "I'm so sorry, what do you need? What can I do to help? Please let me help." He proceeded to do whatever he could to help. I cannot tell you how consoling it was for my siblings and me to have such a caring person willing and ready to give of himself to help us through this very dark period.

When I heard that Ken had been arrested my heart dropped but then I was sure that it was a mistake that would be cleared up in a few days. Much to my chagrin it is now almost four years later and Ken is still incarcerated and his health has greatly deteriorated. After much effort he had become gainfully employed and was forging solid relationships with his children. He was so proud and would often state, "I have a job with medical benefits!"

My respect for Ken and his intellect and talent have grown over the years. I trust him implicitly and had I the power to create a person I would and could unreservedly call stepson or friend; Kenneth Riley would be my creation.

We realize Ken will need intensive support when he returns home and we are at the ready to provide him with whatever he needs to once again become successful in building a good reputation for himself.

Thank you for the time you have taken to read my letter.

Sincerely,

Sharon Harris-Riley

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "E"

Edward P. Riley, Jr.
11919 Daleside Avenue
Hawthorne, CA 90250

September 21, 2011

RE:  Kenneth Bernard Riley

Honorable Judge

Kenneth Bernard Riley is my oldest son. I watched as my son made some decisions that were not his best—but I have also watched as he turned his life around.

His determination to turn his life around led to him getting a job with medical benefits enabling him to support his family. A job that he was very proud of; and it allowed him to become a good example for his children and a role model to his sons.

It scared me when I heard that he had been arrested and heard the charges against him. It was my hope that he would soon be able to rejoin his family. I am not addressing his innocence or guilt but I do feel that he has received an extremely severe penalty given his medical condition. I ask that you please take this into consideration during your decision making process.

Three of my sisters and a brother who lived in Louisiana have died in the past 10 years. I survived the heartbreak and loss with the help of Ken.  He was there with me every step of the way. My oldest brother died while Ken has been incarcerated. You cannot imagine how difficult this process has been for me without my son by my side. He has been my rock. I call him my "road dog." He and I tease each other over which of us can make the best barbeque. I miss that.

Over the years I watched as Ken matured to become a strong, dependable and honorable man. He has a good heart and is very intelligent. He is a loyal person and a man of his word.

He works hard to keep his sons and his brothers on the straight and narrow.

I and his entire family are here to help him when he returns home to us.

I pray and hope that you will send him home.

Thank you.

Sincerely,

Edward P. Riley, Jr.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "F"

September 7, 2011

The Honorable Warden and Members of the Parole Board

Re: Kenneth B. Riley

To whom this may concern:

Greetings,

I am writing this letter in support of inmate Kenneth B. Riley. I am his aunt, the oldest sister of his father, Mr. Edward P. Riley. I have known Kenneth all his life. He was raised in a respectable, loving, and Christian home. I have heard he will soon return to court and I pray that it would be in your hearts, if possible, that he is released on time served; or due to health conditions moved to an outside medical facility.

Should you find in your hearts to show compassion toward Mr. Kenneth B. Riley and allow him to be released, I can assure you that I personally and many other malefactors belonging to our family and church will invest necessary time and provision to help Kenneth Riley, my nephew, become an active, productive, and responsible member of society.

In closing, I believe Mr. Kenneth Riley is committed to living a life that is pleasing to the almighty God, and mankind. My prayer is that you will see this commitment in him.

Thanking you in advance for any consideration you may give toward releasing my nephew Mr. Kenneth Riley. May God bless all of you richly with his peace, good health, and very long and prosperous lives.

Respectfully Yours,

Rosa Lurlean Stroman

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "G"

To whom it may concern,

I'm writing this character letter in honor of my daddy Kenneth Riley. I've been knowing him for 18yrs, and he's been a wonderful father. Growing up my dad use to always take us fishing. I was the only lil girl that had a fishing pole. When I was young my mommy and my daddy broke up. But he was still around, we seen him everyday. My daddy is so crazy lol, he's the type of person that will keep you laughing everyday theres a new joke with him. Once you get to know him he's a really good person. People make him out to be a bad person but my daddy wouldn't hurt a soul. He loves to have fun and spend time with his family and all his kids. My dad loves to cook frying fish is really what he do best though. When he cooks he tries to deep fry everything. When I was in the 9th grade my daddy went away. he promised me he wouldn't be gone long but its been almost 5yrs and he still isn't home. Since my dad been gone I honestly believe our relationship has gotten better we talk everyday and he's like my best friend I know I can tell him anything and he'll always

support me no matter what
the case may be give my daddy
a chance to prove the world wrong
he's a wonderful person who deserves
freedom

Sincerely

Kenyonae Riley

EXHIBIT "H"

9-9-2011

To it may Concern My dad is a good man he take care of all his kids and he's a hard working man. My father talk to me about gangbanging and about smoking he tell me about doing good in school so I can be successful in life. My dad like to go fishing he take me fishing all the time he show me how to be a man so I can take care of my family. He tell me all the time he don't want me to end up where he at now he want me to further my futrue by going to the Navy. I enjoyed spending time with my dad He is a clown jokes about stuff and keep you laughing I miss my dad and cant wait to spend time with him and talk to him about things that I've been going though as a young man I know he understands because he was young but always been a good man to me. and when he come home we are going fishing again Give him a chance to share my life with me. and give me a chance by letting him come home

Kendell Riley

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "I"

To Whom this may Concern
my Name is Deneswkley Pipkin
I am Ken's Sister I am
Writing on his behave.
Growing up Ken & I had a
good Child hood memory Daddy
was always in our lives
we have Parents who Care about
us oc that rubbed off on us
he is Careing. Ken is a Caring
Man, a good provider take care
of his Kids & family.
Ken will give the Clothes off the
of his back & he will give his
last. I would like to just
see him free again to live

his life again w/ family & friends
now n his Condition.
Just let him go he has
Paid his Dues a long time ago

Thank You

Dennis Riley

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "J"

Myrtis G. Breda
3216 Bellwood Street
Alexandria, Louisiana 71301

August 29, 2011

Dear Honorable Judge:

I've known Kenneth Bernard Riley all of his life.  Being his aunt, I've always found him to be a very loving and kindhearted person.  He gets along well with his peers and exhibits such characteristics that are exemplary of a good person.

Before Ken's Incarceration he was working as a stock clerk at Excel  in Los Angeles, California.  He had become a hard working man, with love and compassion for his family.

His hobby was cooking and having cook outs with his family and friends.

Despite Ken's past choices or obstacles, I sincerely feel that he has learned from his mistakes.  Therefore, it is my belief, if given the opportunity, he will prove to be a positive and productive citizen to his Community and society.


Respectfully yours,


Myrtis G. Breda

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "K"

*Samuel L. Jones*

*11996 Villa Hermosa*
*Moreno Valley, CA*
*92557-5152*
*Phone (951-313-0049*

*September 13, 2011*

*Most Honorable Judge:*

*I am submitting this letter for your consideration regarding the case of
My nephew, Kenneth B. Riley.*

*Knowing Ken all of his life, he is a friendly and caring person.  He loves
doing things, such as having cook outs and going fishing with his
children.  He is extremely dedicated to his family.*

*Due to grave mistakes in judgment, I feel that he is very remorseful.  He
had begun a new life by working as a stock clerk at Excel in Los Angeles,
California.  He has often said, and is looking forward to going back to
work and return to a normal life upon his release.*

*Even though he has erred, and with time already served, I beg the court to
please consider an alternative to any more possible jail time.  I feel confident
In saying that he has been rehabilitated.*

**Respectfully yours,**

**Samuel L. Jones**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "L"

To: whom it may concern,
I am writing this letter in regards
to my uncle Kenneth B. Riley. My
uncle has been in my life for
longer than I can imagine. This
great, loving man known as my
uncle is a very outgoing kind-
hearted person. He is always around
when you need him and he "NEVER"
turns his back on anyone. As a
kid growing up, I was very close
to my uncle and he always
kept a smile on my face. His
presence was always known
because when he came around
he was always laughing and
making jokes and playing with
his kids, neices and nephews.
My uncle was always my favorite
and I was always his "moona"
(a nickname given to me). My uncle
Kenneth was never a harm to
anybody, he always wanted to
keep people smiling as well as
his loved ones. I love my uncle
Kenneth with ALL my heart and
not seeing him around as much
hurts. Writing this letter was hard
but it was worth it because we
need my uncle Kenneth around.
                              Keisha Mason

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "M"

September 11, 2011

Jo'Nee Collins
Master's Candidate
Environmental Science
Oklahoma State University, 2012
jonee@okstate.edu
Ronald E. McNair Post-Baccalaureate Achievement Program- Scholar

To whom it may concern:

I am Jo'Nee Collins, niece of Kenneth Bernard Riley and I can accurately attest to his character. I have known him in various capacities within my life. My uncle is the definition of a great man. Growing up I had a chance to experience a family that always love and support me through all my endeavors and he has and still is a part of that. He has always been there whenever I needed him no matter what my or his situation was. Hardworking, loyal, dependable, devoted, and supportive, through these past years he has helped my through some tough decisions that I have been facing in school and in my relationships. He is the open ear for me when no one else wants to listen.

Always being my light in a dark place, I have had a chance to experience his open heart and selflessness. He always more concerned with others than himself by ensuring our family is always taken care of. My uncle has encouraged me to keep pushing to achieve my goals, dreams, and aspirations. My Uncle Ken has showed me that with a little faith and a little prayer anything is possible.

If you have any questions please do not hesitate to contact me.

Sincerely,

Jo'Nee Collins

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "N"

August 30, 2011


To Whom It May Concern,


I am writing on behalf of my first cousin Kenneth Riley. I'm one of his younger cousins and Ken is like a big brother to me. Growing up he always looked out and took care of me. I knew one day he would make a great father. Ken is very loving and family oriented. He comes from a strong spiritual background. "Proverbs 22:6 Train up a child in the way he should go and when he is old, he will not depart from it". I feel confident in saying because of Ken's sincere regrets and time served that he is ready to return to a normal life. We love Ken dearly and as his family we will do all we can to help him in every way.


Sincerely,

Ivy Washington

Ivy Washington

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "O"

August 31, 2011


To Whom It May Concern:

Kenneth Riley better known as Ken Riley is my first cousin. I can remember when we were young kids we use to always play together all the time. On days when we had to walk to school he would always make sure it was safe before crossing the streets. Ken is a sweet, loving and kind person always putting others first.  Now that we are older and have children of our own, I can say he truly loves his kids and care for them just like our parents did for us.


Thank you,

Sharon Williams

Sharon Williams
Ken's first cousin

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "P"

August 24, 2011


Re:  Kenneth Riley

To Whom It May Concern:

This letter is in regards to my cousin Kenneth (aka Ken) Riley.  I grew up with him as a

child.  He is a sweet person, loving, caring and easy to get along with.  He is not

easily anger.  I can best characterize him as one whom you can trust.  He has made

mistake in the past.  And realize it.  He is ready to make sure his children don't fall like

he did .  He loves his family.  As children we would always say, when we become adults.

We would say lets get a big house in Beverly Hills, where we all can leave together with

our spouse.  Each would have their on wing.


Any help you can give him would be greatly appreciated.

Thank you,

Deborah Jones Jeffeson

EXHIBIT "Q"

August 26, 2011

To whom it may concern:

This letter is regarding the Character knowledge of Kenneth B. Riley.
I've known Kenneth since 1978.  Kenneth has always been a very mannerable,
respectable, and polite person since he was growing up in the neighborhood.

Just before Kenneth was incarcerated, he had already changed his life as well as his
lifestyle.  As a neighbor, a friend, and Pastor, I feel that Kenneth deserves an
opportunity to live the close family oriented lifestyle he had begun before his
incarceration.  Kenneth had a job working every day, to provide for his family.  He was
trying to live an honest respectable, life.  I just want to say hopefully, this letter will
impact a decision in the release of Kenneth Riley to his family.  This young man was
headed towards making the neighborhood appreciated.

May God Bless and Keep you,

Yours in Christ,

Reverend, Dr. Horace Bowles

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "R"

**SU-YONG PAK, M.D., INC.**                    *TEL. (714) 523-3212 / FAX: 714-523-3706*
==================================================================================

*DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE*            *LA PALMA TOWERS MEDICAL CENTER*
*DIPLOMATE AMERICAN BOARD OF DIAGNOSTIC RADIOLOGY*                *5461 LA PALMA AVE., SUITE 14*
                                                                              *LA PALMA, CA 90623*


September 22, 2011


RE:  Kenneth Riley

To Whom It May Concern:

I am writing this character letter in regards Kenneth Riley. I first came to know Mr. Riley through his stepmother (Sharon Riley) who is a patient as well as a friend of mine. Eventually Mr. Riley came to be a patient as well. He has been a patient here for approximately fifteen years.

Through conversations with him I came to know that Mr. Riley had experienced some encounters with the courts. He often expressed his desire to get his life in order. During one of his visits I came to learn that he had obtained a job and that he was taking this responsibility quite seriously. It was very disappointing to hear about his current predicament.

Kenneth Riley was always very respectful, considerate of others and cooperative whenever he presented to this office.

I have a great deal of respect for Kenneth's stepmother and his father and will support the family and Mr. Riley in his efforts with time and resources to put his life back on track.

I have a great deal of faith in Mr. Riley once again becoming a productive member of our society and ask that he be given that opportunity.

Cordially,

Su Yong Pak, M.D.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "S"

ESTHER STALLWORTH
2924 W. 135TH PLACE
GARDENA, CA.90249
AUGUST 31.2011

REF; CHARACTER LETTER
FOR; KENNETH RILEY

TO WHOM IT MAY CONCERN;

I HAVE KNOWN KENNETH FOR APPROXIMATELY 45 YEARS. I SAW HIM GROW UP FROM A

LITTLE BOY TO A FINE YOUNG MAN. HE IS RESPECTFUL. LOVING AND A CARING YOUNG
MAN.

HE IS LOVED BY HIS FAMILY AND FRIENDS, AND WE WANT HIM TO COME HOME TO US. I

HOPE AND PRAY THAT THE SYSTEM WILL RELEASE HIM SO HE CAN BE WITH HIS FAMILY/

IF YOU WOULD LIKE TO REACH ME FOR ANY REASON, PLEASE FEEL FREE TO DO SO. MY

PHONE NUMBER IS 310.515.2982.

GOD BLESS,

*Esther Stallworth*

ESTHER STALLWORTH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "T"

Marcus and Phelnon Ferrette
1834 W. 84th Street
Los Angeles, CA. 90047

August  28, 2011

 Dear Judge Fairbanks

RE: Riley, Kenneth B.


        This letter is to inform the court of one of the support groups Mr. Riley has. I am Phelnon Ferrette, wife of Marcus Ferrette. My husband has known Mr. Riley for almost his entire life over 35+ years and I have been acquainted with Mr. Riley for all of the time I have been married, 20 years. Now I will dispense with the formality and call Mr. Riley what I always call him, Ken.

        We would like the courts to acknowledge that fact Ken has been in our lives and first and foremost we want you to know we love and support him. Ken has always been in our family and supported us. He has always given sound advice to our children. Encouraging them to go to school, look forward to college and be all they can be. This is why we love him. He could have told them anything about the street life but he chose to give my children words directing them in paths of higher education and being prosperous by working and having their own possessions. Being  upstanding persons in their community and being able to give back.

        Ken spends holidays with us, back yard  bar-b-cues and birthday parties. Most of all New Years Eve, we have Creole gumbo and Ken is here! Every year and we have sorely missed him. Our children ask where is Uncle Ken?  We can only say he'll be here next time.

        We are hoping and praying the wait will be over soon. We are here for him and his family, what ever it takes to give our brother support we are here to do it. We love and miss him.

Thank you for taking time to listen to our plea for our brother to come home.


Sincerely,

Mr. & Mrs. Marcus Ferrette

323-753-8603

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "U"

August 27, 2011

To whom it may concern I Deedra Minnix have known Kenneth Riley for over 25 yrs. He is a good man who has a lot of love in his heart. I Always looked At him As my big brother who I can go to and get advice from. I can really say he would tell me what I didn't want to hear, but I knew it was the right Advice for me. I grew up with him and it was nothing but love from him to me. His hobby was going fishing to relax the mine. Then he would go home and invite everybody over for some good Catfish or Bass. He loves to entertain his love ones. His presents is truely missed by his family and real friends. Thank you

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "V"

September 12, 2011

Your Honor,

    I am writing to vouch for the character of Kenneth D. Riley. Kenneth and I have been friends for over thirty years. Kenneth and I came to know each other, because he was a classmate with my older brother. Since knowing Kenneth he has proven on many occasions to be a reliable person.

    Kenneth is the type of person who would give you the shirt off of his back. There were times when the ice cream truck would come around and the children who couldn't afford to get anything would just run to the truck and come away with nothing. When Kenneth noticed that was happening he would buy the children things and look for nothing in return. Another thing about Kenneth he loves to fish. So the days when he would come home with a good catch he would invite friends and family over for a fish fry. He would also go the fish market and purchase more fish and frying it more

people came than intisipated. This is just a few examples of many times throughout his life that Kenneth has shown empathy and good character.

Though Kenneth may have strayed off the path he had even hoped for, I remain convinced that he possesses the desire and determination to learn from this experience and move in a positive direction with his life. Kenneth has a large and committed support system with myself and his entire family. His family and I will do everything in our power to help Kenneth in his heartfelt desire to return to a positive lifestyle.

I consider myself to be an excellent judge of character, and in fact I am an afterschool site coordinator for the Los Angeles Unified School District so I come in contact with alot of personalities and I can usually tell when someone is being sincere in their desire to change, or to account for wrongdoing, and I am certain this is the case with Kenneth Riley

Thank You In Advance,
Stephanie Bell

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "W"

(1 of 5)

To whom it may concern,

I'm writing this Character Letter in regards to Mr. Kenneth Bernard Riley, I've known Kenneth Riley for some 20yrs plus, and through the years ive known him to grow. Mr Riley is the father of my two children. When I met Ken he was a person Looking for change, I've seen Ken start his change process through his Appearance, Ken changed from wearing Dickies to wearing Dockers, to wearing Dress pants (Slacks), Then the process got Deep his Attitude start changing because he would get encouraging compliments about how nice he looked, so there was confidence in his appearance which made the process of change more fun, so he start to Feel better about himself and how things of change made a difference in his life, how others would Approach him verbally and mentally, So the process of change got intensive and it showed through is Behavior, Mr Riley's Character increasingly changed through life (Growth & Development), Ken is a wonderful person that enjoys fishing on the rocks and mainly in the deep ocean, he also enjoy cooking, &Deep frying Turkeys every Holiday

② of ③

Ken enjoys helping others in any way he can, if its financially, mentally, physically. he would give money to help people with housing, school, food, clothing, he would talk to the children about making bad choices, give good advice to peers and listen to others, Ken would help people move things and again cook his Fish and get down with deep frying Turkey and invite many over to enjoy the taste with him. Mr. Riley is a family man that loves his children all of them and he's a wonderful father, son, brother and friend. Ken has made mistakes/ bad choices just like most people through the journey of life, but it has taught him that things could be different, and I know Riley has found that out and decided to make a difference in his life by making a move out of the neighborhood and gaining employment, Not making alot of money but enough to provide the most important things for his family, and building his Character by adding one extra which was Employment to the 4 other Challenges I mention earlier in the letter, Attitude, Appearance, Feeling, and Behavior Change, so Employment was a great Achievement for a man that thought

③ of ③

he could'nt, but all the time he could
and it all showed. So I appreciate that
I have the opportunity to write about
a man I know, because to continue to
be judged by who we use to be (the things we
used to do) and not by who we are today
(the things to wouldn't do today) is Unfair, but
Kenneth Bernard Riley made a charge for Self
(personal Growth) and helped others change for
better self. That shows A man of "CHARACTER".

Thanks for the opportunity
To share my feeling
Chiqueta Washington

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "X"

To whom it may Concern:

My Name is Danielle Koger and I am writing on behalf of Kenneth Riley. MR. Riley is an exceptional man. I have known MR. Riley for over 20 years. and have always Viewed him as a good father, son, & friend. In each and every persons life we have had mistakes. Mistakes are a part of life; It's an learning experience and an eye opener. No matter the size of the mistake every human being shall have the opportunity to have a second chance in life. MR. Riley has made mistakes in his life and since then has taken a step back and has reevaluated himself and has realized that being home with his mother, kids, and loved ones is more valuable then anything else in the world. MR. Riley is very well

missed, he has provided his family and friends with many hugs, kisses, laughs, and guidance. I believe and trust that MR. Riley has learned from his mistakes and is willing to live the life of a modest Citizen. MR. Riley shall be given the oppurtonity to come home to assist with raising his children and teaching them about his mistakes to end the cycle and to assist with building a positive structured home for his children. as well

Please consider MR. Riley for early release

Thank you

Danielle Koger

EXHIBIT "Y"

September 12, 2010

To Whom It May Concern:

I have known Ken Riley for the last Twelve years. I found him to be very loyal with a strong sense of family. I am his play adopted sister.

What impress me most about Ken; first and foremost he has always been a gentlemen. And, gentlemen are hard to find in these days and time.

A person that kind hearted and respectful. I have always admired Ken for the way he love and respects his mother.

He truly love his children. He is dearly concern about the welfare of his children. He prepares healthy notourshing meals to assure that his kids is well fed and properly nourished. I also admire the way he supported his kids in school activities. He was always there for them and encourage them to do their best in all of their endeavors.

I can say that he is one terrific father, son, brother friend and an asset to the community.

With kindness and personal regards,

Rebecca (Becky) Delaney

EXHIBIT "Z"

*The Westholme*

September 12, 2011

To Whom It May Concern,

I am writing this letter in regards to the character of Mr. Kenneth Riley.

I am a United States Veteran, Commercial Truck Driver and School Teacher.  I have known Kenneth for over three decades now and might I say from early childhood to now, adulthood, he has been a gentle and understanding friend.   He is compassionate and helps people without hesitation whenever he can.

He loves his family and has high standards and morals.  Kenneth is smart, has a lot to offer and has given back to the community many times over.

Despite what people may think of Kenneth, I have found him over the years to be highly respected among his peers and well known throughout the community.

I ask that you take a deeper look into his character and you will see what I see, a wise, kind and humbled man that deserves the chance to prove that once again, he can be an upstanding and productive member of society.

Thank you for allowing me the opportunity to express my feelings.

Sincerely,

Jacquelynn Reddick

EXHIBIT "AA"

To Whom It
May Concern

Hi my name is Silea Washington
and I writing on Behalf of
Mr Kenneth Riley I want to express
some of my feelings and concerns about
him. If you don't mind throughout this
letter I will be refering to him as
Ken because that's what I call him.
Let me start by saying Ken is
a very kind and gentle man he's
the kind of man that would give
you the shirt of his back just be-
cause you night have thought it was
nice. Yes he's made some mistakes in
the past but who has'nt most importantly
God has forgiven him so why shouldn't
we. Ken is a loving and caring
father, brother, uncle, and son. Ken is
big on spending time with family
and friends. Ken has grown to become
a hard working man and a man that
will tell you the truth when seeking
out advice from him I must say he
has become wise in his few years
spent here on earth. As I write
this letter I'm reminded of a time
Ken had the young men in his family
along with their friends and some of his
and he talked to these young men
about the danger's of gang's and drugs

As they sat listening these lives were changed just as his was he told them of mistake's made and friend's lost for really no reason at all. He told these young men about how important it is to be educated and as a man how important it is to work and support your family.

I must say Ken is the type of man that will put on a pot on light the grill just to spend time with his family and share funny stories when holiday's come around he is so missed.

I'm also writing to ask for Ken to be released soon due to his decrease in health since his arrest, he has become sick he has been hospialized and has even had surgery I do worry about him. One thing I do know is once he is released he will not go back Ken is such a changed person who just wants to be back with his family who love and miss him dearly. I've known this man for ten year's and I seen the good and love that he has to share with all.

I thank you
for your time!
Shea Washington

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "BB"

September 16, 2011

To Whom It May Concern:

I have known Kenneth Riley since February of 1990, He is the father of my cousin two children. I have developed a thorough understanding of his personal and professional qualifications.  On the professional side, I have observed Kenneth maintaining excellent habits including doing more than is expected in terms of his work ethics, taking initiative, and using creativity in solving problems, and maintaining excellent relationships with friends and family. In terms of personal qualities, Kenneth possesses several which make him an outstanding individual. I have always found Kenneth to be honest, serious in terms of goals, considerate of others, and devoted to the best qualities and abilities. Kenneth has a pleasant, warm and personal demeanor. Kenneth is a very competent and productive individual which would make him an asset to society.

Sincerely,

LaVette Norris
Acquaintance

EXHIBIT "CC"

**God Inspired Worship Center, Inc.**

8461 South San Pedro Street
Los Angeles, California 90003
Office (323) 759-0697
Website: God-inspired.org
Bishop M.L. Hall, M.A., Ph.D., Pastor/Teacher

November 1, 2011

To Whom It May Concern,

My name is Bishop M.L. Hall, Ph.D., Senior Pastor of the God Inspired Worship Center Inc. located in Los Angeles California. It is with great joy that I have this opportunity to speak on behalf of Mr. Kenneth Riley. I have had the distinct pleasure of knowing The Walker - Riley family for over 20 years.

Mr. Riley has attended my Church on occasion at which time I have known him to be attentive to The Word of God and a man who loves and respect his family.

During the time I have known The Walker-Riley family they have been faithfully active in our ministry by working in the community, serving on the Music Ministry and the Pastoral Care Ministry.

This is a family that has exemplified a Christian atmosphere in the rearing of their children as long as I have known them. I believe this detour in Kenneth Riley's life has allowed him to ponder on the poor decisions he has made and hopefully turn those negative decisions into positive ones.

By this being a God fearing and united family I am optimistic that Mr. Riley will rely upon the upbringing he has been taught by his mother and the principles in which he was raised to make good decisions.

I along with the Walker-Riley family will play an active role in the support of assuring Mr. Riley's positive assessments and or goals are made to ensure he is a productive citizen in our society.

If I can provide any additional information, please do not hesitate to contact me at (323)759-0697.

Until He Returns,

Tarina Johnson
Administrative Coordinator

Bishop M.L. Hall, Ph.D.
Sr. Pastor / Teacher

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "DD"

Darcel P. Koger- Mason
7033 3rd ave
Los Angeles, Ca. 90043

April 7th 2008

To Whom it May Concern,

    This letter is in regards to Mr. Kenneth Riley  whom I have known for
approximately 16 years. Mr. Riley is a very responsible and caring individual and I
consider him to be a role model for the younger generation because he teaches
them right from wrong, and he makes them aware of how important it is to
maintain good grades and stay positive in their communities. Mr. Riley is a
responsible father and very family oriented he loves taking the kids fishing, and he
loves to plan special outings with the kids which he calls (Daddy Time). Mr. Riley
has been a good inspiration to my kids in which he calls them his nieces, he's been
around my daughter Dejaney since she was 5 which now she's 21 years of age,
Reshon (17) and Euraja (15) since birth and he always tells them to stay positive,
continue their education and strive to be the best they can be. Mr. Kenneth Riley is
a true and honest, hard working man who needs to be here to be supportive and
continue to care for his kids and his mother and also just to be around his entire
family weather their biologically connected or just real close friends . I'm proud to
have Mr. Riley as a part of my family, I'm glad to consider him as a brother.

Sincerely,

Darcel P. Koger-Mason

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "EE"

*Galilee Baptist Church*
*4720 Lincoln Road*
*Rev. O. Harrell Pastor*
*Rev. Edward Jones, Pastor Emeritus*

Alexandria, Louisiana    Ph. (318) 44-57239

*February 27, 2008*

*To Whom It May Concern:*

*This is to certify that I am the Reverend Edward Jones, Pastor Emeritus of the Galilee Baptist Church, in Alexandria, Louisiana.*

*I am writing concerning my grandson, Kenneth Benard Riley.*

*I am reminded of a scripture from the Bible about David that says he committed a sin when he was young. It reads as follows, "Remember not the sins of my youth according to thy tender mercies." David ask for forginess and straighted out his life. The Lord gave him another chance.*

*I am asking that you please give Kenneth another chance as he has changed and turned his life around and has become a hard working family man.*

*God Bless,*

Rev. E Edward Jones

*Rev. Edward Jones, Pastor Emeritus*

EXHIBIT "FF"

Brenda Dixon
6001 HAAS AVE #A
Los Angeles, Ca. 90047

April 08, 2008

To whom it may concern,

    I have had the pleasure of knowing Mr. Kenneth Riley for the past seventeen years. He is the father of two of my grandchildren. I have observed over the years that Mr. Riley is a dedicated and very responsible family man. He is a provider and protector of his family and close intimate friends.

    Mr. Riley is always willing to lend a helping hand. He has an excellent rapport with people of all ages. My acquaintance with his family, particularly his mother, has always demonstrated a spiritual and morally sound background/atmosphere for the family to follow that helps to strengthen the natural social bonds of the family unit.

    He and my late husband had always maintained a good relationship/friendship built on trust and respect. Not because of the shared commonalities between the two families, but as an individual, I feel confident in saying that Mr. Riley is a very personable and good young man. He has always been quick on his feet with sensible reactions in all the situations I have seen him in.

Respectfully,


Brenda Dixon,

Family Friend

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "GG"

To whom it may concern ;

I have had the pleasure of knowing Kenneth Riley for many years. During these years I have come to know that ken is a loving son, a devoted father, and a respectable person. I am not related to ken by blood, but from the day he came into my life he has treated me like family, there is nothing he will not do for me and my kids.

Ken is the type of person everybody wants to be around, he brings light to a dark situation, he brings smiles and laughter everywhere he goes. He has a giving and generous nature. I have called on him many times and he has always been there to help, no matter how big or small the problem was. He has given to me when he barely had anything to give. He is truly a genuine man, and I feel very confident in saying that he is very capable of handling any situation with respect, thoughtfulness, and maturity.

Sincerely yours,
Karima Jefferson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "HH"

March 31, 2008

To whom it may concern,

I, Kinji Session, am writing this letter to establish the character I have witnessed in Kenneth Riley. Kenneth is always very kind and funny.  He has a great sense of humor.  He is also a good father, who spends a lot of time with his kids.  He is always the person you can go to when you need a good ear, and some good advise.  He is very close with his siblings, as well as his parents.  He is very compassionate person who cares a lot about others.

Kinji Session

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "II"

Kerimett Mason
7033 3rd ave
Los Angeles, Ca. 90043


April 7th 2008

To Whom it May Concern,

    This letter is in regards to Mr. Kenneth Riley  whom I have known for approximately 16 years. Mr. Riley is the father to my Niece and Nephew (By Marriage) Kenquese and Kendell Riley.  Mr. Riley is a very responsible and caring individual and I consider him to be very trust worthy. There were not a lot of men that I allowed to be around my (3) daughters growing up because you just can't trust everybody but Mr. Kenneth Riley was one that stood out among many as being a role model for the younger generation. He took to my kids as if they were his own, he never made a difference when he treated his kids, he treated mine. Mr. Riley  teaches all kids right from wrong, weather they were his own or just the neighborhood kids coming by to visit  he always made them aware of how important it is to maintain good grades and stay positive in their communities and he made it a point to always talk to them about staying off the streets. Mr. Riley is a responsible father and very family oriented he loves taking the kids fishing, having bar-be- ques ,camping and having house gathers especially around the holidays. Mr. Kenneth Riley is a true and honest, hard working man, and I consider him to be a brother . I feel Mr. Riley needs to be here to be supportive and continue to care for his kids and his mother and also just to be around his entire family. The most important connection Mr. Riley and myself have in common is that we love cars and every time we are around one another that"s one of our favorite topics. Every since I've known Mr. Riley we have yet to have a disagreement and I consider that a honor because you rarely find that here in our community. I would be overwhelmed on that great day when I can see my brother come home.



Sincerely,

Kerimett Mason

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "JJ"

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

## WORK PERFORMANCE RATING – INMATE

| Inmate's Name<br>RILEY, KENNETH | Register No.<br>46722-112 | Unit<br>7 NORTH |
|---|---|---|
| Evaluation Period<br>12-2010 | Work Assignment<br>UNIT ORDERLY | |

Bonus Justification



Signature and Date of Dept. Head Approval



Route to Dept. Head for Review, Then to Unit Team


Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_✓_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF                                    Prescribed by P5251                          Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee o
in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1 ___ 2 ___ 3 _✓_ 4 ___ M.

2. Hours of Satisfactory work __120_____ .

3. Regular Pay __12.00_____ .

4. Bonus Recommended: ___ yes; _✓_ no

5. Total Pay __12.00_____ . _____

| Supervisor's Signature | Date 01/05/2011 |
| Inmate's Signature   Kenneth B. Riley | Date 01-05-2011 |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason:

| Staff Witness' Signature | Date |

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

# WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>RILEY, KENNETH | Register No.<br>46722-112 | Unit<br>7 NORTH |
|---|---|---|
| Evaluation Period<br>09-2010 | Work Assignment<br>UNIT ORDERLY | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___ 5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___ 1. Unsatisfactory. Lazy, wastes time, goofs off.
___ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
___ 3. Satisfactory. Works steadily but does not push self.
_✓_ 4. Good. Willing Worker. Does a full day's work and wastes little time.
___ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___ 2. Fair. Usually relies on others to say what needs to be done.
___ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_ 4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___ 2. Fair. Shows minimal interest but not very eager to learn.
___ 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_ 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___ 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___ 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___ 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___ 3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_✓_ 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___ 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___ 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___ 2. Needs closer supervision than most. Not very dependable.
___ 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_ 4. Needs little supervision. Good record of dependability an promptness.
___ 5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

Prescribed by P5251

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
   1. Performance Pay - Grade Class (Check one) ___ 1   ___ 2   ___ 3   _✓_ 4   ___ M.

   2. Hours of Satisfactory work **120** _____ .

   3. Regular Pay **12.00** _____

   4. Bonus Recommended: ___ yes; _✓_ no

   5. Total Pay **12.00** _____ .

| Supervisor's Signature | Date **10/05/2010** |
|---|---|
| Inmate's Signature *Kenneth B. Riley* | Date *10-05-2010* |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason: _____

| Staff Witness' Signature | Date |
|---|---|

BP ¸A0324´
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

# WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>**RILEY, KENNETH** | Register No.<br>**46722-112** | Unit<br>**7 NORTH** |
|---|---|---|
| Evaluation Period<br>**06-2010** | Work Assignment<br>**UNIT ORDERLY** | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_✓_4. Good. Willing worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF

Prescribed by P5251

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___ 1. Poor. Resentful and hostile. May argue with supervisor.
___ 2. Fair. Resists or ignores suggestions.
___ 3. Satisfactory. Generally does what is told without any fuss.
_✓_ 4. Good. No hostility or resentment. Tries to improve.
___ 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___ 1. Poor. Negativistic, hostile, annoying to others.
___ 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___ 3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_ 4. Good. Friendly, congenial, helpful; others like to work with.
___ 5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___ 1. Fire or lay off that individual?
___ 2. Transfer the person to a less demanding job at a lower pay scale?
_✓_ 3. Continue to employ the person but without a raise or promotion this time?
___ 4. Raise the person's pay but keep the person at the same job?
___ 5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1   ___ 2   ___ 3   _✓_ 4   ___ M.

2. Hours of Satisfactory work **120** .

3. Regular Pay **12.00** .

4. Bonus Recommended: ___ yes; _✓_ no

5. Total Pay **12.00** .

| | |
|---|---|
| Supervisor's Signature | Date **07/05/2010** |
| Inmate's Signature   *Kenneth B. Riley* | Date  07-05-2010 |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason:

| | |
|---|---|
| Staff Witness' Signature | Date |

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

# WORK PERFORMANCE RATING - INMATE

| Inmate's Name RILEY, KENNETH | Register No. 46722-112 | Unit 7 NORTH |
|---|---|---|
| Evaluation Period 03-2010 | Work Assignment UNIT ORDERLY | |

Bonus Justification

---

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_✓_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1   ___ 2   ___ 3   _✓_ 4   ___ M.

2. Hours of Satisfactory work **120**

3. Regular Pay **12.00**

4. Bonus Recommended: ___ yes; _✓_ no

5. Total Pay **12.00**

| Supervisor's Signature | Date 04/05/2010 |
|---|---|
| Inmate's Signature *Kenneth B. Riley* | Date 04-05-2010 |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason: 

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**        **SECTION 4**

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>**RILEY, KENNETH** | Register No.<br>**46722-112** | Unit<br>**7 NORTH** |
|---|---|---|
| Evaluation Period<br>**12-2009** | Work Assignment<br>**UNIT ORDERLY** | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_✓_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

Prescribed by P5251
Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___ 1. Poor. Resentful and hostile. May argue with supervisor.
___ 2. Fair. Resists or ignores suggestions.
___ 3. Satisfactory. Generally does what is told without any fuss.
_✓_ 4. Good. No hostility or resentment. Tries to improve.
___ 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___ 1. Poor. Negativistic, hostile, annoying to others.
___ 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___ 3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_ 4. Good. Friendly, congenial, helpful; others like to work with.
___ 5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___ 1. Fire or lay off that individual?
___ 2. Transfer the person to a less demanding job at a lower pay scale?
_✓_ 3. Continue to employ the person but without a raise or promotion this time?
___ 4. Raise the person's pay but keep the person at the same job?
___ 5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1 ___ 2 ___ 3 _✓_ 4 ___ M.

2. Hours of Satisfactory work __**120**_____ .

3. Regular Pay __**12.00**_____ .

4. Bonus Recommended: ___ yes; _✓_ no

5. Total Pay __**12.00**_____ . _____

| Supervisor's Signature | Date **01/05/2010** |
|---|---|
| Inmate's Signature  *Kenneth B. Riley* | Date *01-05-2010* |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>**RILEY, KENNETH** | Register No.<br>**46722-112** | Unit<br>**7 NORTH** |
|---|---|---|
| Evaluation Period<br>**09-2009** | Work Assignment<br>**UNIT ORDERLY** | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_✓_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

Prescribed by P5251                    Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1 ___ 2 ___ 3 _✓_ 4 ___ M.

2. Hours of Satisfactory work **120** _____ .

3. Regular Pay **12.00** _____ .

4. Bonus Recommended: ___ yes; _✓_ no

5. Total Pay **12.00** _____ .

| Supervisor's Signature | Date 10/05/2009 |
|---|---|
| Inmate's Signature *Kenneth D. Riley* | Date 10-05-2009 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

# WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>**RILEY, KENNETH** | Register No.<br>**46722-112** | Unit<br>**7 NORTH** |
|---|---|---|
| Evaluation Period<br>**06-2009** | Work Assignment<br>**UNIT ORDERLY** | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_✓_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF

Prescribed by P5251

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1 ___ 2 ___ 3 _✓_ 4 ___ M.

2. Hours of Satisfactory work **120**

3. Regular Pay **12.00**

4. Bonus Recommended: ___ yes; _✓_ no

5. Total Pay **12.00**

| Supervisor's Signature | Date 07/05/2009 |
|---|---|
| Inmate's Signature  *Kenneth B. Riley* | Date 7-05-2009 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 4**

BP-A03.24
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

## WORK PERFORMANCE RATING – INMATE

| Inmate's Name RILEY, KENNETH | Register No. 46722-112 | Unit 7 NORTH |
|---|---|---|
| Evaluation Period 03-2009 | Work Assignment UNIT ORDERLY | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_✓_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

Prescribed by P5251

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___•1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1  ___ 2  ___ 3  _✓_ 4  ___ M.

2. Hours of Satisfactory work **120** .

3. Regular Pay **12.00** .

4. Bonus Recommended: ___ yes; _✓_ no

5. Total Pay **12.00** .

| Supervisor's Signature | Date 04/05/2009 |
|---|---|
| Inmate's Signature  *Kenneth B. Riley* | Date  4 - 5 - 2009 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

# WORK PERFORMANCE RATING – INMATE

| Inmate's Name **RILEY, KENNETH** | Register No. **46722-112** | Unit **7 NORTH** |
|---|---|---|
| Evaluation Period **12-2008** | Work Assignment **UNIT ORDERLY** | |

Bonus Justification


Signature and Date of Dept. Head Approval


Route to Dept. Head for Review, Then to Unit Team


Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_✓_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1   ___ 2   ___ 3   _✓_ 4   ___ M.

2. Hours of Satisfactory work  **120**

3. Regular Pay  **12.00**

4. Bonus Recommended: ___ yes;  _✓_ no

5. Total Pay **12.00**

| Supervisor's Signature | Date 01/05/2009 |
|---|---|
| Inmate's Signature  *Kenneth B. Riley* | Date 1-05-2009 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name<br>**RILEY, KENNETH** | Register No.<br>**46722-112** | Unit<br>**7 NORTH** |
|---|---|---|
| Evaluation Period<br>**09-2008** | Work Assignment<br>**UNIT ORDERLY** | |

Bonus Justification

---

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___ 5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___ 1. Unsatisfactory. Lazy, wastes time, goofs off.
___ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
___ 3. Satisfactory. Works steadily but does not push self.
_✓_ 4. Good. Willing Worker. Does a full day's work and wastes little time.
___ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___ 2. Fair. Usually relies on others to say what needs to be done.
___ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_ 4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
___ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___ 2. Fair. Shows minimal interest but not very eager to learn.
___ 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_ 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___ 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___ 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___ 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___ 3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
_✓_ 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___ 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___ 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___ 2. Needs closer supervision than most. Not very dependable.
___ 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_ 4. Needs little supervision. Good record of dependability an promptness.
___ 5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1 ___ 2 ___ 3 _✓_ 4 ___ M.

2. Hours of Satisfactory work __120__ .

3. Regular Pay __12.00__ .

4. Bonus Recommended: ___ yes; _✓_ no

5. Total Pay __12.00__ .

| Supervisor's Signature | Date 10/05/2008 |
|---|---|
| Inmate's Signature *Kenneth B. Riley* | Date 10-5-2008 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4

Prescribed by P5251

Replaces BP-S324, OCT 94

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name RILEY, KENNETH | Register No. 46722-112 | Unit 7 NORTH |
|---|---|---|
| Evaluation Period 06-2008 | Work Assignment UNIT ORDERLY | |

Bonus Justification

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
_✓_4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
___5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
_✓_4. Good. Willing Worker. Does a full day's work and wastes little time.
___5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
_✓_4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
___5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
_✓_4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
___5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
_✓_4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
___5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
_✓_4. Needs little supervision. Good record of dependability an promptness.
___5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF

Prescribed by P5251

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
___5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
___5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
_✓_3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
___5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) ___ 1 ___ 2 ___ 3 _✓_ 4 ___ M.

2. Hours of Satisfactory work **120** _____ .

3. Regular Pay **12.00** _____ .

4. Bonus Recommended: ___ yes; _✓_ no

5. Total Pay **12.00** _____ .

| Supervisor's Signature | Date 07/05/2008 |
|---|---|
| Inmate's Signature *Kenneth B. Riley* | Date 7-5-2008 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

                    PROOF OF SERVICE
I declare that I am over the age of 18 and not a party to the
within action.  My business address is 225 Avenue I Suite 201
Redondo Beach, CA 90277.
On 1/19/12  I served the following documents: **EXHIBITS IN SUPPORT
OF POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS**on the
interested parties in this action by placing a true copy of each
document thereof, enclosed in a sealed envelope addressed as
follows:

John Leulegian
Assistant United States Attorney
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
VIA CM/ECF

Robert Ramirez Leoning
Probation Officer
United States Courthouse
312 North Spring Street
Los Angeles, CA  90012
VIA FACSIMILE 213-894-3627

     (    )     By Mail.  I caused such envelope with postage
thereon fully prepaid to be placed in the United States mail at
225 Avenue I, Suite 201, Redondo Beach, California  90277
     (xxx )     By FAX Service.  I caused said document to be
delivered by facsimile transmission to the above addressee(s).
     (xxx )     By CM/ECF Service.  I caused said document to be
delivered by CM/ECF transmission to the above addressee(s).

     (    )     By Personal Service.  I caused the envelope to be
delivered by hand to addressees at the addresses indicated.
     (    )     By Federal Express.   I caused the above documents
to be delivered by Federal Express service.
     (XXX )   (Federal)   I declare that I am employed in the
                          office of a member of the bar of this
                          court at whose direction the service was
                          made.
     (    )   (State)     I declare under penalty of perjury
                          under the laws of the State of
                          California that the above is true  and
                          correct.


_Sahnde Moulton_
SAHNDE MOULTON