# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| Case No. | CR 07-1049 ABC | Date | February 13, 2012 |
|---|---|---|---|

Present: The Honorable **AUDREY B. COLLINS, CHIEF UNITED STATES DISTRICT JUDGE**

| A.Bridges | Katherine Stride | John Lulejian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Kenneth Bernard Riley (2) | √ | ☐ | Brian Newman | ☐ | ☐ | √ | N/A |

**PROCEEDINGS:**              **SENTENCING**

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.        √ Refer to separate Judgment Order.

√ Imprisonment for  **120 months**  on Count        1 of the First Superseding Information.

___ Fine of  $  is imposed on each of count(s) concurrent/consecutive.

___ Execution/Imposition of sentence as to imprisonment only suspended on count(s)

___ Confined in jail-type institution for                          to be served on consecutive days/weekends
commencing

**4** years/months Supervised Release/Probation imposed on count(s)        1
consecutive/concurrent to count(s)
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under
the direction of the Probation Office:

___ Perform                          hours of community service.
___ Serve                          in a CCC/CTC.
___ Pay        $                fine amounts & times determined by P/O.
___ Make        $                restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with
rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the
nearest P/O within 72 hours.
___ Other conditions:

√ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant
does not have the ability to pay.

√ Pay        $ 100.00        per count, special assessment to the United States for a
total of                                              $

___ Imprisonment for  months/years  and for a study pursuant to 18 USC
with results to be furnished to the Court within        days/months        whereupon the sentence shall be subject to
modification.  This matter is set for further hearing on

√ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed to include cases CR 07-1075 &
CR 07-1141.

√ Defendant informed of right to appeal. Defendant waives right to appeal.

___ ORDER sentencing transcript for Sentencing Commission.        √ Processed statement of reasons.

___ Bond exonerated        ___ upon surrender        ___ upon service of

___ Execution of sentence is stayed until 12 noon,
at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the
U.S. Marshal.

___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

___ Issued Remand/Release        #

___ Present bond to continue as bond on appeal.        ___ Appeal bond set at        $

√ Filed and distributed judgment.  ENTERED.

√ Other        It is **ORDERED** that defendant remain housed at Metropolitan Detention Center (MDC), until transferred to the designated
BOP facility.

:        31

Initials of Deputy Clerk        AB